| Com. v. Jarrett . . . . . | 12/22/2015408 WAL (2015) | Denied | Pa.Super., 125 A.3d 439 |
|---|---|---|---|
| Com. v. Johnson. . . . | 12/17/2015249 EAL (2015) | Denied | Pa.Super., 91 A.3d 1272 |
| Com. v. Johnson. . . . | 12/22/2015549 EAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Com. v. Johnson. . . . | 12/22/2015681 MAL (2015) | Denied | Pa.Super., 131 A.3d 86 |
| Com. v. Jones . . . . . . | 11/24/2015319 WAL (2015) | Denied | Pa.Super., 122 A.3d 1143 |
| Com. v. Jones . . . . . . | 12/22/2015403 MAL (2015) | Denied | Pa.Super., 121 A.3d 1145 |
| Com. v. Jordan . . . . . | 10/28/2015273 WAL (2015) | Denied | Pa.Super., 122 A.3d 456 |
| Com. v. Kearns. . . . . | 12/17/2015367 MAL (2015) | Denied | Pa.Super., 121 A.3d 1129 |
| Com. v. Kh'bin . . . . . | 12/17/2015547 MAL (2015) | Denied | Pa.Super., 122 A.3d 1139 |
| Com. v. Langtry . . . . | 12/22/2015693 MAL (2015) | Denied | Pa.Super., 131 A.3d 93 |
| Com. v. McDavis . . . | 11/24/2015362 WAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |
| Com. v. Montanez . . | 12/22/2015701 MAL (2015) | Denied | Pa.Super., 122 A.3d 1129 |
| Com. v. Morningstar | 12/22/2015698 MAL (2015) | Denied | Pa.Super., 131 A.3d 92 |
| Com. v. Neidig . . . . . | 10/28/2015372 MAL (2015) | Denied | Pa.Super., 120 A.3d 367 |
| Com. v. Ortiz. . . . . . . | 10/28/2015343 MAL (2015) | Denied | Pa.Super., 113 A.3d 341 |